USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 5 JUN 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

TECHNICAL CONCEPTS HOLDINGS LLC,                    Index No. 09 CV 3168 (PC)

                                    Plaintiff,

                                                    **ORDER**

         -against-

WILLIAM YEMC,

                                    Defendant.

----------------------------------------------------------------X

         Defendant, by his attorneys, Herzfeld & Rubin, P.C., (Peter J. Kurshan, Esq., of

counsel) having sought an extension of time to serve a response pursuant to Rule 12, Federal

Rules of Civil Procedure, and plaintiff, by its attorneys, Schiff Hardin LLP (John A. Bannon,

Esq., of counsel), having consented to such request, and good cause having been shown, and

following due deliberation,

         It is on this 5ᵗʰ day of May, 2009

                  ORDERED that:

         1.       Defendant's time to serve and file a response pursuant to Rule 12, Federal

Rules of Civil Procedure is extended to June 23, 2009.

                                                    Honorable Paul A. Crotty, U.S.D.J.

# HERZFELD & RUBIN, P.C.

### ATTORNEYS AT LAW
### 40 WALL STREET
### NEW YORK, N Y 10005-2349

TELEPHONE: (212) 471-8500
FAX: (212) 344-3333
WWW.HERZFELD-RUBIN.COM

June 4, 2009

<u>VIA EMAIL</u> - CrottyNYSDChambers@nysd.uscourts.gov

Judge Paul A. Crotty
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re:  Technical Concept Holdings LLC v. William Yeme
       <u>Index No. 09 CIV 3168</u>

Dear Judge Crotty:

   We represent defendant in this matter. We write to Your Honor to request a 15 day extension of time (or until June 23, 2009) for defendant to serve a response pursuant to Rule 12, <u>Federal Rules of Civil Procedure</u>. This is defendant's third request for an extension of such time. Defendant's response to the complaint was originally due on April 29, 2009 and is now due June 8, 2009. Your Honor granted our first and second requests for an extension. We are making this extraordinary request because of settlement discussions that are taking place and because we may be able to resolve this matter.

   This case involves claims being made as a result of a prior employment relationship. The complaint was filed under seal. Mr. Bannon, defense counsel, and I spoke at length earlier today about a letter I had sent to him. We believe that there may be a solution (alternative) to litigation but that must be reviewed with clients, details worked out and then memorialized. Our client resides in London so there will be some communication delays. We will endeavor to accomplish that as soon as possible but it is unlikely that we will be able to conclude this before Monday, June 8, 2009. For this reason, two additional weeks are requested to either resolve this matter or respond under Federal Rule 12.

HERZFELD & RUBIN LLP
1925 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067-2703
TELEPHONE (310) 553-0461

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY SUITE 1100
LIVINGSTON, NEW JERSEY 07039-1022
TELEPHONE (973) 535-8840

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7, STRADA PUTUL CU PLOPI
BUCHAREST 1, ROMANIA
TELEPHONE (40) (21) 311-1460
FAX (40) (21) 311-1465

HERZFELD & RUBIN, P. C.

June 4, 2009
Page 2 of 2


Counsel for plaintiff consents to this request. A form of Order permitting such extension is attached hereto.

Thank you for your attention to this matter.

Respectfully submitted,

HERZFELD & RUBIN, P.C.

Peter J. Kurshan

PJK:lms

Cc: Via Email:
   Jeanne Cho, Esq. - Schiff Hardin LLP - jcho@schiffhardin.com
   John A. Bannon, Esq. – jbannon@schiffhardin.com